UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*****************************
In re:
TCR, II

Case No: 05-13482-RGM
(Chapter 7)

Debtor(s).
*****************************

ORDER APPROVING SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF ALL LIENS AND OTHER INTERESTS
PURSUANT TO PRESCRIBED BIDDING PROCEDURES

Upon Consideration of the Trustee's Amended Motion To Approve Sale Of Property Free And Clear Of All Liens And Other Interests ("Motion"), and any objection thereto, it is

ORDERED that the Motion be, and hereby is, GRANTED, and the Trustee is authorized to sell a certain promissory note payable in the amount of $50,000 made by Lois C. Wine secured by a second deed of trust on her property at 4168 Winchester Road, Marshall, Virginia payable by her estate after her death ("the Note"), which Note is further described in Exhibit A to the Trustee's Amended Notice Of Intention To Sell Property Of The Estate Free And Clear Of All Liens And Other Interests ("Notice") filed simultaneously with the Motion, on the terms and conditions described in such Notice, to Glenn Kirby, Cathy Kirby, and Edward John Lunney for the sum of $19,000.

AND IT IS FURTHER ORDERED that the Trustee is authorized to sign a bill of sale or any other document reasonably required or requested by the purchasers to evidence transfer of title to the Note free and clear of all liens and other interests.

AND IT IS FURTHER ORDERED that due to the lack of original documents copies of documents attached as Exhibit A to the Notice filed with the Court will have the same force and

effect as original documents.


Date: _____                               _____
                                                Robert G. Mayer
                                                U.S. Bankruptcy Judge


                            Entered on Docket: _____

I ask for this:


<u>/s/ Kevin R. McCarthy</u>
Kevin R. McCarthy, VSB 14273
8180 Greensboro Drive - Suite 875
McLean, VA 22102
(703) 770-9261
Attorney for Trustee

Local Rule 9022-1(C) Certification/Proof of Service

The foregoing Order was served on all necessary parties pursuant to Local Rule 9022-1(C) on the 26th day of January, 2007, namely:

United States Trustee
115 South Union Street
Plaza Level, Suite 210
Alexandria, VA  22314

Helen E. Marmoll, Esq.
Littlehaven Farm
3097 James Madison Highway
Haymarket, VA 20169

Mr. and Mrs. Glenn Kirby
28 Vista Drive
Fredericksburg, VA 22405

TCR I, Inc.
Attention:  Charles V. Rice, President
4248 Manor Drive
Marshall, VA 20116

Bruce W. Henry, Esq.
4103 Chain Bridge Road - Suite 100
Fairfax, VA 22030

Richard E. Henning, Jr., Esq.
Buonassissi, Henning & Lash
1861 Wiehle Avenue, Suite 300
Reston VA  20190

The Cadle Company II, Inc.
Attention:  Melody D. Weese, Registered Agent
114 Turner Road
Clifton Forge, VA 24422

Brent C. Strickland, Esq.
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1626

/s/ Kevin R. McCarthy
Kevin R. McCarthy
Attorney for Trustee

**PARTIES TO RECEIVE COPIES**

United States Trustee
115 South Union Street
Plaza Level, Suite 210
Alexandria, VA  22314

Helen E. Marmoll, Esq.
Littlehaven Farm
3097 James Madison Highway
Haymarket, VA 20169

Mr. and Mrs. Glenn Kirby
28 Vista Drive
Fredericksburg, VA 22405

TCR I, Inc.
Attention:  Charles V. Rice, President
4248 Manor Drive
Marshall, VA 20116

Bruce W. Henry, Esq.
4103 Chain Bridge Road - Suite 100
Fairfax, VA 22030

Richard E. Henning, Jr., Esq.
Buonassissi, Henning & Lash
1861 Wiehle Avenue, Suite 300
Reston VA  20190

The Cadle Company II, Inc.
Attention:  Melody D. Weese, Registered Agent
114 Turner Road
Clifton Forge, VA 24422

Brent C. Strickland, Esq.
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1626